UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. GRIFFIN,<br><br>        Plaintiff,<br><br>    v.<br><br>T. RODRIGUEZ,<br><br>        Defendant. | Case No. 24-cv-08859-VC<br><br>**ORDER OF DISMISSAL** |

      Charles Griffin filed a collection of documents with the court regarding retaliation for filing ADA requests. In an effort to protect his rights, it was filed as a new civil rights case. Dkt. No. 1. On the same day, the Clerk sent Griffin two notices: (1) his complaint on the court's form was due within 28 days of the filing date of the Clerk's notice (Dkt. No. 2); and (2) his completed *in forma pauperis* (IFP) application or $405.00 filing fee was due within 28 days of the filing date of the Clerk's notice (Dkt. No. 3). Both notices included blank copies of the required forms and warned Griffin if he did not submit the completed documents within the 28-day time frame, his case would be dismissed. The Clerk also sent Griffin a notice that his case had been assigned to a magistrate judge, directing him to consent or decline to magistrate judge jurisdiction in 14 days. Dkt. No. 5. On January 9, 2025, the Clerk sent Griffin a notice that his case was being reassigned to a district judge. Dkt. No. 6. On January 10, 2025, the Clerk posted an order reassigning the case, Dkt. No. 7, and a notice of eligibility for video recording, Dkt. No. 7-1.

      Griffin filed a document on January 27, 2025 indicating that he had not received the Clerk's January 9 and January 10 notices until January 21. Dkt. No. 8. He stated that Docket

Nos. 6, 7, and 7-1 constituted the only time he received any type of correspondence or notice from the court. *Id.* The Clerk resent the notices directing Griffin to file his complaint on the form and to file an IFP application or pay the filing fee on February 5, 2025. Dkt. Nos. 9, 10. The notices again included blank copies of the required forms and warned Griffin if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Griffin has not filed the two documents, paid the filing fee, or communicated with the court in any manner. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 25, 2025

VINCE CHHABRIA
United States District Judge